IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00333-PSF-CBS

KIRK TONE,

    Plaintiff,

v.

REGIONAL TRANSPORTATION DISTRICT (RTD),

    Defendant.

---

## ORDER SETTING CASE FOR TRIAL

---

The above-captioned matter has been scheduled for a **four-day jury trial** on the docket of Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **Monday, August 28, 2006 at 1:30 p.m.**

A Final Trial Preparation Conference is set for **Monday, August 21, 2006 at 8:30 a.m.**  The parties are expected to be fully prepared for trial at that time.  **Lead counsel who will try the case shall attend.**

    DATED: April 19, 2006

                                                BY THE COURT:

                                                *s/ Phillip S. Figa*

                                                _____
                                                Phillip S. Figa
                                                United States District Judge