IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00333-PSF-CBS

KIRK TONE,

    Plaintiff,

v.

REGIONAL TRANSPORTATION DISTRICT (RTD),

    Defendant.

_____

**ORDER**
_____

    Plaintiff's Unopposed Motion for Leave to File Surreply to Respond to New Evidence in Defendant's Reply Brief (Dkt. # 25) is GRANTED. It is therefore

    ORDERED that plaintiff's shall file their surreply to new evidence in Defendant's Reply Brief within ten days of the date of this Order.

    DATED May 31, 2006.

                                BY THE COURT:

                                *s: Phillip S. Figa*

                                _____
                                Phillip S. Figa
                                United States District Judge